From: Jonathan Lopez
To: Carina Loushe
Subject: To Judge Kim r Gibson from Jonathan Lopez
Date: Sunday, April 11, 2021 11:01:44 PM
CAUTION - EXTERNAL:

## 4/11/22

To **The western districts court of Pennsylvania**

Dear Judge Kim r Gibson

I Jonathan Lopez is written this brief form to grant me the removal of guardian in part of Ramona illarraza. For this is defamation of character. I would appreciate your feedback.

Jonathan Lopez *[signature]*

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution