IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x

| | |
|---|---|
| **JONATHAN LOPEZ, by his cousin and** ) <br> **duly appointed guardian ad litem,** ) <br> **Ramona Ilarrava** ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> **CSX TRANSPORTATION, INC.** ) <br> ) <br> Defendant ) | CIVIL ACTION NO. 14-257 <br> JUDGE KIM R. GIBSON |

-------------------------------------------------------x

**PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION
TO REMOVE GUARDIAN AD LITEM**

Plaintiff Jonathan Lopez, by his cousin and duly appointed guardian as litem, Ramona Ilarrava, by and through her attorney Nicholas I. Timko, Esq. hereby submits this response to the filing of Jonathan Lopez requesting removal of the guardian ad litem and avers as follows:

1. On April 11, 2021, Jonathan Lopez, acting on his own behalf, submitted a filing to the Court, via email, which was docketed as a "Motion for removal of Guardian." ECF Dkt. No 265.

2. Jonathan Lopez's filing consists of three sentences stating, "I Jonathan Lopez is written this brief form to grant me the removal of guardian in part of Ramona Ilarraza. For this is defamation of character. I would appreciate your feedback."

3. This Cout in a Memorandum Opinion filed on October 20,2020 (ECF Dkt No. 231) fully and completely addressed all issues regarding the appointment of the guardian ad litem. Nothing in the current filing changes any facts or circumstances upon which the court based its decision.

4. Jonathan Lopez's current filing does not challenge any of the Court's findings, but merely asserts "For this is defamation of character." Neither the record and nor the

Memorandum Opinion of the Court defames Mr. Lopez.   The guardian ad litem has at all times acted in the best interests of Mr. Lopez.

  WHEREFORE, Ramaona Ilarrava, as guardian ad litem, respectfully submits this response and requests that this Court deny the motion, together with such other and further relief as is just and proper.

Dated: April 21, 2021

              Respectfully submitted

              KAHN GORDON TIMKO & RODRIQUES, P.C.

              __/s/  Nicholas I. Tiimko_____
              By: Nicholas I. Timko, Esq.
              Attorneys for Plaintiffs
              20 Vesey Street, Suite 300
              New York, New York 10007
              (212) 233-2040
              nitimko@kgtrpc.com