# NOTICE TO DOCKET CLERK OF TRIAL

Date: 8/25/2021

From: **PAGE**  (**law clerk**/courtroom deputy to Judge Gibson)

Case Caption: Lopez v. CSX Transportation, Inc.

(**Civil**)/Criminal Action No: 14-cv-257

## I. Trial Dates

1. ( ) Jury trial *began* on _____
   Non-jury trial *began* on _____

2. (X) Jury trial *continued* on 7/25/2021
   Non-jury trial *continued* on _____

3. ( ) Jury trial *concluded* on _____
   Non-jury trial *concluded* on _____

## II. Motions

1. ( ) Written
   ( ) Oral
   Motion for judgment *as a matter of law* was made by: _____
   Motion for judgment *as a matter of law* was made on: _____
   Adjudication: _____

2. ( ) Written
   ( ) Oral
   Motion *in limine* for: _____
   Motion *in limine* was made by: _____
   Motion *in limine* was made on: _____
   Adjudication: _____

3. ( ) Written
   ( ) Oral
   Motion: _____
   Motion was made by: _____
   Motion was made on: _____
   Adjudication: _____

## III. Time in Court

Court opened: 8:52 a.m.   Recesses: 9:04 am to 9:11 am    11:04 am to 11:38 am
Court closed: 5:12 pm              12:01 pm to 1:21 pm    3:20 pm to 3:46 pm

Total time in Court: 6 hr. 3 min.