## NOTICE TO DOCKET CLERK OF TRIAL

Date: 8/31/2021

From: PAGE , law clerk / courtroom deputy to Judge Gibson

Case Caption: Lopez v. CSX Transportation, Inc.

Civil / Criminal Action No: 14-cv-257

I. **Trial Dates**
   1. ( ) Jury trial *began* on _____
      Non-jury trial *began* on _____
   2. ( ) Jury trial *continued* on _____
      Non-jury trial *continued* on _____
   3. (X) Jury trial *concluded* on 8/31/2021
      Non-jury trial *concluded* on _____

II. **Motions**
   1. ( ) Written
      ( ) Oral
      Motion for judgment *as a matter of law* was made by: _____
      Motion for judgment *as a matter of law* was made on: _____
      
      **Adjudication:** _____
   
   2. ( ) Written
      ( ) Oral
      Motion *in limine* for: _____
      Motion *in limine* was made by: _____
      Motion *in limine* was made on: _____
      
      **Adjudication:** _____
   
   3. ( ) Written
      ( ) Oral
      *Motion*: _____
      *Motion* was made by: _____
      *Motion* was made on: _____
      
      **Adjudication:** _____

III. **Time in Court**
   Court opened: 10:27am  Recesses: 12:17pm to 2:14pm  2:29pm to 3:12pm
   Court closed: 3:12pm    _____ to _____    _____ to _____
                          _____ to _____    _____ to _____

**Total time in Court:** 1 hr. 11 min.