# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

JONATHAN LOPEZ, *by his cousin and duly*

*appointed guardian ad litem,* RAMONA ILARRAVA

vs     No. 14-257J     CIVIL

CSX TRANSPORTATION, INC.

Time for Selection: Begins: _____ Ends: _____

Date: 8-23-2021

| NO. | NAME OF JUROR | | NO. | NAME OF JUROR | |
|---|---|---|---|---|---|
| (1) 1 | Mielnik, Frederick | J | 10 | Clapper, Matthew | J |
| 2 | Chinault, Cote | PP | 11 | Logue, Edward | J |
| 3 | Khun, Stacy | PD | 12 | Kyle, Rhonda | CP |
| 4 | Harrington, Patricia | J | (2) 13 | Weymer, Brandie | J |
| 5 | Mulvehill, Clair Renee | CP | 14 | Gummo, Christopher | CP |
| 6 | Kovatich, Michael Jr. | CP | 15 | Mayhue, Karen | PP |
| 7 | Conrad, Laura | CP | (3) 16 | McNamara, Kevin | J |
| 8 | Coyle, Megan | CP | 17 | Rogers, Christine | CP |
| 9 | Stine, Andrew P. | J | 18 | Hollobaugh, Renee | CP |

## WITNESSES

| | PLAINTIFF | | | DEFENDANT | |
|---|---|---|---|---|---|
| (5) 19 | Tholen, Brian | J | 32 | Lingle, Sandra | NU |
| 20 | Boring, Kandi | PD | 33 | Darian, Diane | CP |
| 21 | Koenig, Janice | CP | 34 | Quinn, Austin | NU |
| 22 | Harteis, Lynn | PP | | | |
| (6) 23 | Siple, Cathy | J | | | |
| 24 | Lykens, Jason | CP | | | |
| 25 | Vader, Kimberly | CP | | | |
| (7) 26 | Vrabel, Lesley | J | | | |
| 27 | Dumm, Matthew | CP | | | |
| 28 | Boyd, Michael | CP | | | |
| (8) 29 | Rutters, Joseph | J | | | |
| 30 | Briel, Suzanne | PD | | | |
| (12) 31 | Imler, Buffy | J | | | |

## CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | 14-257 | Case closed | August 31, 2021 |
| Before Judge | Kim R. Gibson | Judge Charges Jury | August 31, 2021 |
| Appears for Pltf. | Nicholas Timko, Esq. | Jury Retires | August 31, 2021 |
| | | Verdict | August 31, 2021 |
| Appears for Deft. | James R. Carnes, Esq. | | |
| | Kendra L. Smith, Esq. | | |
| | Jennifer L. Schiavoni | | |
| Appears for 3rd pty. | | | |
| Pltf. opens | August 24, 2021 | Bailiff in charge/Law Clerk | Parker Erickson |
| Pltf. rest | August 27, 2021 | Court Reporter | Shirley Hall |
| Pltf. close | August 31, 2021 | Deputy Clerk | Debbie Gorgone |
| Deft. opens | August 24, 2021 | | |
| Deft. rest | August 31, 2021 | | |
| Deft. close | August 31, 2021 | | |

### JURY

1. Mielnik, Frederick
2. Weymer, Brandie
3. McNamara, Kevin
4. Harrington, Patricia
5. Tholen, Brian
6. Splt, Cathy
7. Vrabel, Lesley
8. Rutters, Joseph
9. Stine, Andrew
10. Clapper, Matthew
11. Logue, Edward
12. Imler, Buffy

### TRIAL MOTIONS

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | August 23 | 2021 |
| Continues | August 24 | 2021 |
| Continues | August 25 | 2021 |
| Continues | August 26 | 2021 |
| Continues | August 27 | 2021 |
| Continues | August 30 | 2021 |
| Trial closed | August 31 | 2021 |
| Verdict | August 31 | 2021 |