Exhibit 30

the event recorder,
the page where the train
was placed in emergency
is missing

*[signature]*