What is the speed
limit in the Ferndale
Crossing for the train?
What is the speed limit?