IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN LOPEZ, by his cousin and duly appointed guardian ad litem, Ramona Ilarraza, | ) ) ) ) | Case No. 3:14-cv-257 |
| | ) | JUDGE KIM R. GIBSON |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CSX TRANSPORTATION, INC., | ) ) | |
| Defendant. | ) ) ) | |

## VERDICT SLIP

**Question 1:**

Do you find the defendant CSX Transportation, Inc. was negligent? Please answer:

Yes___        No_X_

- If you answer "Yes" to Question 1, please proceed to Question 2.

- If you answer "No" to Question 1, Jonathan Lopez cannot recover, and you should not answer any further questions. Tell the court officer you have reached a verdict.

**Question 2:**

Was the negligence of defendant CSX Transportation, Inc. a contributing cause of harm to plaintiff Jonathan Lopez? Please answer:

Yes___        No___

- If you answer "Yes" to Question 2, please proceed to Question 3.

- If you answer "No" to Question 2, Jonathan Lopez cannot recover, and you should not answer any further questions. Tell the court officer you have reached a verdict.

1

**Question 3**:

Do you find plaintiff Jonathan Lopez was negligent?  Please answer:

Yes___      No___

- If you answered "Yes" to Question 3, please proceed to Question 4.

- If you answered "No" to Question 3, please proceed to Question 6.

**Question 4**:

Was the negligence of plaintiff Jonathan Lopez a contributing cause of harm to plaintiff Jonathan Lopez?  Please answer:

Yes___      No___

- If you answered "Yes" to Question 4, please proceed to Question 5.

- If you answered "No" to Question 4, please proceed to Question 6.

**Question 5:**

For each party whose conduct was a cause of harm to Jonathan Lopez, you must determine the party's percentage of fault. The assigned percentages must total 100% when added together.

| | |
|---|---|
| CSX Transportation, Inc.: | _____% |
| Jonathan Lopez: | _____% |
| TOTAL: | _____% |

- If you found plaintiff Jonathan Lopez's fault percentage is **50% or less**, proceed to Question 6.

- If you found plaintiff Jonathan Lopez's fault percentage is **greater than 50%**, Jonathan Lopez cannot recover and you should not answer any other questions. Please tell the court officer you have reached a verdict.

**Question 6:**

Itemize the amount of damages, if any, you believe were sustained by plaintiff Jonathan Lopez as a result of this accident, without regard to, and without reduction by, the percentage of fault you have attributed to the plaintiff.

    a) Future medical expenses                           $_____

    b) Past, present, and future pain and suffering, embarrassment and humiliation, and
loss of enjoyment of life                                $_____

    c) Disfigurement                                              $_____

               TOTAL:                                  $_____

YOU HAVE COMPLETED YOUR DELIBERATIONS.  PLEASE SIGN THE JUROR SIGNATURE PAGE AND INFORM THE BAILIFF THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

*JUROR SIGNATURE PAGE*

Date: 8/31/21

Signed: _Lesley Vrabel_ (Jury Foreperson)

_Patricia A. Harrington_

_Cathy Six_

_Brian Ihlen_

_Matthew J. Elgin_

_Edward A. Logue_

_Joseph Rutter_

_Kevin H. McNamara_

_[signature]_

_Buffy J. Miller_

_[signature]_

_Earl M_

6